IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MURDOCH ENTERPRISES, INC., ) | | |
| GORDON M. REISINGER, and ) | | |
| HARLAN FEEDERS, INC., ) | | |
| ) | | |
| Plaintiffs, ) | | 4:02CV3123 |
| ) | | |
| v. ) | | |
| ) | | |
| EXCEL CORPORATION, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |
| REPUBLICAN VALLEY FEEDERS, INC., ) | | |
| CARTER FEEDERS, INC. and ) | | |
| GORDON M. REISINGER, ) | | |
| ) | | |
| Plaintiffs, ) | | 8:02CV3124 |
| ) | | |
| v. ) | | |
| ) | | |
| CONAGRA FOODS, INC., a Delaware ) | | ORDER |
| corporation, and CONAGRA BEEF CO., ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

This matter is before the Court after resolution by the United States Court of Appeals for the Eleventh Circuit of the appeal in *Pickett v. Tyson Fresh Meats, Inc.*, Civil 96-A-1103-N.

IT IS ORDERED that a scheduling conference will be held in these matters on:

**Monday, February 27, 2006, at 1:30 p.m.**

in Room 3190, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 15th day of December, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
 LYLE E. STROM, Senior Judge
 United States District Court