IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MURDOCH ENTERPRISES, INC.,         )
GORDON M. REISINGER, and           )
HARLAN FEEDERS, INC.,              )
                                   )
          Plaintiffs,              )        4:02CV3123
                                   )
     v.                            )
                                   )
EXCEL CORPORATION,                 )
                                   )
          Defendant.               )
_____)
REPUBLICAN VALLEY FEEDERS, INC.,   )
CARTER FEEDERS, INC. and           )
GORDON M. REISINGER,               )
                                   )
          Plaintiffs,              )        8:02CV3124
                                   )
     v.                            )
                                   )
CONAGRA FOODS, INC., a Delaware    )        ORDER
corporation, and CONAGRA BEEF CO., )
                                   )
          Defendants.              )
_____)
```

This matter is before the Court on plaintiffs' status report and request to continue scheduling conference (Filing No. 59 in 4:02CV3123). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the scheduling conference will be held in these matters on:

**Friday, July 7, 2006, at 8:30 a.m.**

in Room 3190, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The parties shall report to the Court within fourteen (14) days after ruling by the United States Supreme Court on the petition for writ of certiorari.

DATED this 24th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court