IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MURDOCH ENTERPRISES, INC.,          )
GORDON M. REISINGER, and            )
HARLAN FEEDERS, INC.,               )
                                    )
            Plaintiffs,             )     4:02CV3123
                                    )
     v.                             )
                                    )
EXCEL CORPORATION,                  )
                                    )
            Defendant.              )
_____)
REPUBLICAN VALLEY FEEDERS, INC.,    )
CARTER FEEDERS, INC. and            )
GORDON M. REISINGER,                )
                                    )
            Plaintiffs,             )     8:02CV3124
                                    )
     v.                             )
                                    )
CONAGRA FOODS, INC., a Delaware     )     ORDER
corporation, and CONAGRA BEEF CO.,  )
                                    )
            Defendants.             )
_____)
```

This matter is before the Court on motions to dismiss (Filing No. 62 in 4:02CV3123 and Filing No. 67 in 8:02CV3124). After reviewing plaintiffs' report concerning status of separate litigation, the Court finds said motions should be granted. Accordingly,

IT IS ORDERED the motions to dismiss are granted; these actions are dismissed without prejudice. All other pending motions are denied as moot.

DATED this 5th day of April, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court